AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>SCHMETTERER, JACK B. | **2. Court or Organization**<br><br>UNITED STATES BANKRUPTCY COURT | **3. Date of Report**<br><br>06/25/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. BANKRUPTCY JUDGE - ACTIVE | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 SOUTH DEARBORN STREET
ROOM 600
CHICAGO. IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD | JOHN HOWARD ASSOCIATION |
| 2. MEMBER | FEDERAL BAR ASSOCIATION, CHICAGO CHAPTER |
| 3. MEMBER | LAWYERS CLUB OF CHICAGO |
| 4. MEMBER | DECALOGUE SOCIETY |
| 5. MEMBER | AMERICAN BAR ASSOCIATION |
| 6. MEMBER | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 7. ADVISORY BOARD | JUST THE BEGINNING - A PIPELINE ORGANIZATION |
| 8. "PRIVILEGE" HOLDER | UNION LEAGUE CLUB OF CHICAGO - SEE (1) UNDER VIII |
| 9. TRUSTEE TO FAMILY TRUST | FAMILY TRUST - SEE (2) UNDER VIII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/18 | Former wife's State of Illinois Teacher Retirement after death 10/22/98 converted to spousal annuity plus annual COLA. | $36,182.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Spouse practices law in Northern Indiana |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MASS MUTUAL WHOLE LIFE INSURANCE | A | Dividend | J | T | | | | | |
| 2. IRA FIDELITY FOCUSED HIGH INCOME FUND | B | Dividend | J | T | Sold (part) | 10/24/18 | K | | |
| 3. IRA Fidelity Large Cap Growth | A | Dividend | J | T | Sold (part) | 10/24/18 | K | | |
| 4. IRA FIDELITY NEW MILLENIUM | D | Dividend | L | T | | | | | |
| 5. IRA FIDELITY BALANCED | D | Dividend | L | T | | | | | |
| 6. IRA FIDELITY LOW PRICED STOCK | D | Dividend | L | T | | | | | |
| 7. IRA FIDELITY NASDAQ COMPOSITE | B | Dividend | L | T | | | | | |
| 8. IRA Fidelity SPARTAN TOTAL MKT INX FUND | B | Dividend | L | T | | | | | |
| 9. TRUSTEE OF FAMILY TRUST | | | | | | | | | SEE (2) & (4) UNDER VIII |
| 10. REMARRIED CALENDAR YEAR 2001; WIFE INVESTMENTS FOLLOW | | | | | | | | | SEE (3) UNDER VIII |
| 11. FEDERAL HOME LOAN MTG CORP 7.5% | A | Interest | J | T | | | | | |
| 12. GE GLOBAL 6.45% | A | Interest | K | T | | | | | |
| 13. BAIRD MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 14. AMERICAN CENTURY EQUITY INCOME | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 15. AMERICAN CENTURY EQUITY INCOME | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 16. AMERICAN CENTURY EQUITY INCOME | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 17. AMERICAN CENTURY EQUITY INCOME | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN CENTURY EQUITY INCOME | A | Dividend | | | Sold | 11/30/18 | J | | |
| 19. BLACK ROCK HIGH YIELD | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 20. BLACK ROCK HIGH YIELD | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 21. BLACK ROCK HIGH YIELD | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 22. BLACK ROCK HIGH YIELD | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 23. BLACK ROCK HIGH YIELD | A | Dividend | | | Sold | 11/30/18 | J | | |
| 24. HARBOR SMALL CAP VALUE INSTL CL | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 25. HARBOR SMALL CAP VALUE INSTL CL | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 26. HARBOR SMALL CAP VALUE INSTL CL | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 27. HARBOR SMALL CAP VALUE INSTL CL | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 28. HARBOR SMALL CAP VALUE INSTL CL | A | Dividend | | | Sold | 11/30/18 | J | | |
| 29. HARBOR INTERNATIONAL | A | Dividend | | | Sold | 01/15/18 | J | | |
| 30. JOHN HANCOCK CLASSIC VALUE | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 31. JOHN HANCOAK CLASSIC VALUE | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 32. JOHN HANCOCK CLASSIC VALUE | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 33. JOHN HANCOCK CLASSIC VALUE | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 34. JOHN HANCOCK CLASSIC VALUE | A | Dividend | | | Sold | 11/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LOOMIS SAYLES GROWTH | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 36. LOOMIS SAYLES GROWTH | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 37. LOOMIS SAYLES GROWTH | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 38. LOOMIS SAYLES GROWTH | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 39. LOOMIS SAYLES GROWTH | A | Dividend | | | Sold | 11/30/18 | J | | |
| 40. MFS INSTL INTL EQUITY | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 41. MFS INSTL INTL EQUITY | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 42. MFS INSTL INTL EQUITY | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 43. MFS INSTL INTL EQUITY | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 44. MFS INSTL INTL EQUITY | A | Dividend | | | Sold | 11/30/18 | J | | |
| 45. OAKMARK INTL | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 46. OAKMARK INTL | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 47. OAKMARK INTL | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 48. OAKMARK INTL | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 49. OAKMARK INTL | A | Dividend | | | Sold | 11/30/18 | J | | |
| 50. PRINCIPAL MID CAP | A | Dividend | J | T | Buy (add'l) | 11/23/18 | J | | |
| 51. PRINCIPAL MID CAP | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PRINCIPAL MID CAP | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 53. PRINCIPAL MID CAP | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 54. PRINCIPAL MID CAP | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 55. PRINCIPAL DIVERSIFIED REAL ESTATE | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 56. PRINCIPAL DIVERSIFIED REAL ESTATE | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 57. PRINCIPAL DIVERSIFIED REAL ESTATE | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 58. PRINCIPAL DIVERSIFIED REAL ESTATE | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 59. PRINCIPAL DIVERSIFIEDE REAL ESTATE | A | Dividend | | | Sold | 11/30/18 | J | | |
| 60. T ROWE PRICE SUMMIT MUN | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 61. T ROWE PRICE SUMMIT MUN | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 62. T ROWE PRICE SUMMIT MUN | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 63. T ROWE PRICE SUMMIT MUN | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 64. T ROWE PRICE SUMMIT MUN | A | Dividend | | | Sold | 11/30/18 | J | | |
| 65. T ROWE PRICE FREE SHORT | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 66. T ROWE PRICE FREE SHORT | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 67. T ROWE PROCE FREE SHORT | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 68. T ROWE PRICE FREE SHORT | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. T ROWE PROCE FREE SHORT | A | Dividend | | | Sold | 11/30/18 | J | | |
| 70. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | Buy (add'l) | 11/23/18 | J | | |
| 71. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 72. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 73. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 74. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 75. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | Sold (part) | 11/30/18 | J | | |
| 76. VANGUARD LIMITED TERM TAX EXEMPT | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 77. VANGUARD LIMITED TERM TAX EXEMPT | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 78. VANGUARD LIMTED TERM TAX EXEMPT | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 79. VANGUARD LIMITEDE TERM TAX EXDEMPT | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 80. VANGIARD LIMITED TERM TAX EXEMPT | A | Dividend | | | Sold | 11/30/18 | J | | |
| 81. WELLS FARGO ADVANTAGE EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 82. WELLS FARGO ADVANTAGE EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 83. WELLS FARGO ADVANTAGE EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 84. WELLS FARGO ADVANTAGE EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 85. WELLS FARGO ADVANTAGE EMERGING MARKETS | A | Dividend | | | Sold | 11/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WELLS FARGO ADVANTAGE INTERMEDIATE TAX | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 87. WELLS FARGO ADVANTAGE INTERMEDIATE TAX | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 88. WELLS FARGO ADVANTAGE INTERMEDIATE TAX | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 89. WELLS FARGO ADVANTAGE INTERMEDIATE TAX | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 90. WELLS FARGO ADVANTAGE INTERMEDIATE TAX | A | Dividend | | | Sold | 11/30/18 | J | | |
| 91. BAIRD INTERMEDIATE MUNICIPAL BOND | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 92. BAIRD QUALITY INTERMEDIATE MUN | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 93. BAIRD QUALITY INTERMEDIATE MUN | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 94. BAIRD QUALITY INTERMEDIATE MUN | A | Dividend | J | L | Sold (part) | 08/14/18 | J | | |
| 95. BAIRD QUALITY INTERMEDUATE MUN | A | Dividend | | | Sold | 11/30/18 | J | | |
| 96. FMI LARGE CAP | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 97. FMI LARGE CAP | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 98. FMI LARGE CAP | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 99. FMI LARGE CAP | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 100. FMI LARGE CAP | A | Dividend | | | Sold | 11/30/18 | J | | |
| 101. PNC BANK OF LAPORTE, IN (Y) | | | | | | | | | |
| 102. PARNASSUS MID CAP | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  PARNASSUS MID CAP | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 104.  PARNASSUS MID CAP | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 105.  PARNASSUS MID CAP | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 106.  PARNASSUS MID CAP | A | Dividend | | | Sold | 11/30/18 | J | | |
| 107.  STERLING CAPITAL MID CAP | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 108.  STERLING CAPITAL MID CAP | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 109.  STERLING CAPITAL MID CAP | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 110.  STERLING CAPITAL MID CAP | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 111.  STERLING CAPITAL MID CAP | A | Dividend | | | Sold | 11/30/18 | J | | |
| 112.  SNYDERS LANCE INC | A | Dividend | | | Sold | 03/27/18 | J | | |
| 113.  ALL AMERICAN FINANCIAL CORP COMMON STOCK (Y) | | | | | | | | | |
| 114.  EDGEWOOD GROWTH INST | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 115.  EDGEWOOD GROWTH INST | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 116.  EDGEWOOD GROWTH INST | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 117.  EDGEWOOD GROWTH INST | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 118.  EDGEWOOD GROWTH INST | A | Dividend | | | Sold | 11/30/18 | J | | |
| 119.  VIRTUS KAR SMALL CAP | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  VIRTUS KAR SMALL CAP | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 121.  VIRTUS KAR SMALL CAP | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 122.  VIRTUS KAR SMALL CAP | A | Dividend | J | T | Sold (part) | 08/14/18 | J | | |
| 123.  VIRTUS KAR SMALL CAP | A | Dividend | | | Sold | 11/30/18 | J | | |
| 124.  PEAR TREE POLARIS FOREIGN VALUE | A | Dividend | J | T | Buy | 01/16/18 | J | | |
| 125.  PEAR TREE POLARIS FOREIGN VALUE | A | Dividend | J | T | Sold (part) | 01/15/18 | J | | |
| 126.  PEAR TREE POLARIS FOREIGN VALUE | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 127.  PEAR TREE POLARIS FOREIGN VALUE | A | Dividend | J | T | Sold (part) | 06/15/18 | J | | |
| 128.  PEAR TREE POLARIS FOREIGN VALUE | A | Dividend | | | Sold | 08/14/18 | J | | |
| 129.  BLACK ROSK STRATEGIC INCOME | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 130.  DIAMOND HILL LARGE CAP | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 131.  EUROPACIFIC GROWTH CL | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 132.  JOHN HANCOCK INCOME | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 133.  LORD ABBET SHORT DURATION | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 06/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: POSITIONS

1. LINE 8: IN 1988, UNION LEAGUE CLUB OF CHICAGO ADMITTED ALL FEDERAL JUDGES TO "PRIVILEGE" OF USING FACILITIES AT THE CLUB WITHOUT PAYMENT OF ANY INITIATION FEE. AS PRIVILEGE HOLDERS, WE EACH PAY A MONTHLY JUDICIAL RATE (NOW $144 PER MONTH), FIXED BY THE CLUB TO COVER ITS OVERHEAD COSTS FOR PRIVILEGE HOLDERS. WE MUST ALSO PAY REGULAR RATES FOR ALL FOOD, LODGING, ENTERTAINMENT, PROGRAMS, OR USE OF FACILITIES REQUIRING SPECIAL CHARGES. THIS IS NOT AN HONORARY MEMBERSHIP OR A MEMBERSHIP AT ALL, BUT IS UNDER A CLUB "PRIVILEGE" CATEGORY TO USE THE FACILITIES BY PAYING REGULAR RATES FOR WHATEVER WE USE.

2. LINE 9: AFTER DEATH OF FORMER SPOUSE (10/28/98), TRUSTEE BECAME TRUSTEE OF FAMILY TRUST WHICH OWNS INSURANCE POLICY, RESIDENCE, AND SUMMER HOME UNDER TESTAMENTARY TRUST WHICH TRUSTEE IS BENEFICIARY FOR LIFE (EXCEPT FOR INSURANCE POLICY), AND THEN CHILDREN AS SUCCESSORS.

PART VII: INVESTMENTS AND TRUSTS

3 LINE 15-133 REMARRIED DURING CALENDAR YEAR 2001 AND WIFE'S ASSETS ARE LISTED ON THESE LINES.

4 LINE 10: TRUST #1 OF WHICH ASSETS ARE LIFE INSURANCE PURCHASED THROUGH U.S. GOVERNMENT AND PERSONAL RESIDENCES IN ILLINOIS AND MICHIGAN FROM WHICH NO INCOME IS DERIVED, OF WHICH TRUSTEE #1 IS BENEFICIARY AND CHILDREN ARE SUCCESSOR BENEFICIARIES.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JACK B. SCHMETTERER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544